391 A.2d 672

Campbell et al., Appellants, v. Partchey et al.

Submitted June

23, 1977. Joseph A. Campagna, Jr., for appellants; No appearance entered nor brief submitted for appellees.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.